O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | Case No. CV 12-06665 DDP (FMOx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DENYING EX PARTE APPLICATION TO TAKE EARLY DISCOVERY, AND ORDERING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PERSONAL JURISDICTION** |
| JOHN DOE, | ) | |
| Defendants. | ) | |
| | ) | [dkt. No. 8] |

The court is not satisfied that it has personal jurisdiction over Defendant. Plaintiff's Ex Parte Application for Leave to Take Expedited Discovery makes no mention of this court's jurisdiction over Defendant, and the supporting declaration of Peter Hansmeier states only that Defendant's Internet protocol address is provided by Comcast Cable Communications LLC. (Hansmeier Dec. ¶ 24.) Plaintiff's complaint merely alleges that Defendant's IP address can be traced "to a point of origin within the State of California." (Complaint ¶ 6.) Plaintiff's Application is

therefore DENIED without prejudice.  See SaleHoo Group Ltd. v. ABC Co., 722 F. Supp. 2d 1210, 1215-17 (W.D. Wash. 2010).

In light of the court's jurisdictional concerns, Plaintiff is ordered to show cause, in writing of no more than ten pages, why this case should not be dismissed for lack of personal jurisdiction over Defendant.  Plaintiff's submission shall be filed no later than September 17, 2012.

IT IS SO ORDERED.


Dated: September 5, 2012

DEAN D. PREGERSON
United States District Judge